UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 2:23-cv-00607

| | |
|---|---|
| TIMBERLINE CONSTRUCTION GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>APTIM FEDERAL SERVICES, LLC,<br><br>Defendant. | |

**NOTICE OF FILING RETURN OF SERVICE**

Plaintiff Timberline Construction Group, LLC, hereby files a copy of the Return of Service on August 16, 2023 of the Summons, Civil Cover Sheet, Corrected Complaint and Civil Action Order on Defendant APTIM Federal Services, LLC c/o its Registered Agent, CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

Date: August 21, 2023                                Respectfully submitted,

                                                                               */s/ Eric D. Coleman*
                                                                                ERIC D. COLEMAN
                                                                                Florida Bar No.: 124963
                                                                                SELENA A. GIBSON
                                                                                Florida Bar No.: 0299325
                                                                                201 E. Las Olas Boulevard,
                                                                                Suite 1800
                                                                                Fort Lauderdale, Florida 33301

1

Telephone: (954) 463-2700
Facsimile:  (954) 463-2224
Email: Eric.Coleman@Akerman.com
Email: Selena.Gibson@Akermman.com

*Counsel for Plaintiff Timberline Construction Group, LLC*

72344897;1