## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:23-CV-00607-JLB-NPM

Plaintiff:
**TIMBERLINE CONSTRUCTION GROUP, LLC**

vs.

Defendant:
**APTIM FEDERAL SERVICES, LLC**

For:
Eric D. Coleman
Akerman LLP
201 E. Las Olas Boulevard,
Suite 1800
Ft. Lauderdale, FL 33301

Received by DOUG NELSON on the 16th day of August, 2023 at 12:35 pm to be served on **APTIM Federal Services, LLC c/o its Registered Agent CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

I, DOUG NELSON, do hereby affirm that on the **16th day of August, 2023** at **2:40 pm**, I:

**CORPORATE SERVICE,** served the within named **LIMITED LIABILITY COMPANY** by delivering a true copy of the Summons in a Civil Action, Civil Action Order, Civil Cover Sheet, Corrected Complaint with Exhibits with the date and hour of service endorsed thereon by me to: DONNA MOCH as SUPERVISOR OF PROCESS as employee of the **Registered Agent (Company)** for APTIM Federal Services, LLC c/o its Registered Agent CT Corporation System 1200 South Pine Island Road, Plantation, FL 33324 and informed said person of the contents therein, in compliance with 48.062.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

DOUG NELSON
SPS 773

ORANGE LEGAL, A VERITEXT COMPANY
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CIZ-2023014997
Ref: 6062728

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Date: 8/16/23
Time: 2:40pm
Server: DN
ID #: 773

TIMBERLINE CONSTRUCTION GROUP, LLC,

)
)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:23-cv-00607-JLB-NPM
APTIM FEDERAL SERVICES, LLC, )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* APTIM FEDERAL SERVICES, LLC
c/o its Registered Agent
C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric D. Coleman, Esq.
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 15, 2023

KatrinaElliott

*Signature of Clerk or Deputy Clerk*

#1499-1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00607-JLB-NPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: